IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOUSTON CASUALTY COMPANY,

    Plaintiff,

  v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 30,

    Defendants.

No. C 18-06147 WHA

**ORDER RE DISCOVERY DISPUTE**

As stated on the record, the Court finds in favor of plaintiff. Plaintiff need not return the July 31 email and may use it in subsequent litigation. This order and the transcript of the hearing shall, however, be **STAYED** for **7 CALENDAR DAYS** to allow Acker & Whipple or any other party to seek emergency relief.

**IT IS SO ORDERED.**

Dated: October 23, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE